IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CROSSFIT, LLC, ) | CV 24-00297 LEK-KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PAUL ROMERO, individually, and ) | |
| d/b/a MAKENA PERFORMANCE ) | |
| and CLUB MAKENA, and ) | |
| CROSSFIT MAKENA L.P., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on December 27, 2024 and served on all parties on December 30, 2024 (*see* Certificate of Service, ECF No. 24), and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff CrossFit, LLC's Motion for Default Judgment Against Defendants Paul Romero d/b/a Makena Performance and Club Makena, and CrossFit Makena L. P.", ECF No. 23, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, January 13, 2025.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge