IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CROSSFIT, LLC , | ) | CV 24-00297 LEK-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL ROMERO, individually, and d/b/a MAKENA PERFORMANCE and CLUB MAKENA, and CROSSFIT MAKENA L.P. , | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on May 5, 2025 and served on all parties on May 7, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Request for Attorneys' Fees and Costs" , ECF No. 30, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 22, 2025



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge